B 493 — Stipulation discontinuing action, blank court. 12-88 ©2004 Blumberg Excelsior, Inc., PUBLISHER, NYC 10013 www.blumberg.com

U.S. DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Index No.
Docket No.: 06-CV-1187

SETH D. DECKER and JULIE E. DECKER, his wife,

Plaintiff(s)

against

WENDY ANNE HILL

Defendant(s)

Calendar No. SEP 17 2007

STIPULATION DISCONTINUING ACTION WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

*Dated:* August 13, 2007

_____
The name signed must be printed beneath
GARBARINI & SCHER, P.C.

*Attorney(s) for Defendant(s)*
432 Park Avenue South
9th Floor
New York, New York 10016

_____
The name signed must be printed beneath
BASCH & KEEGAN, LLP

*Attorney(s) for Plaintiff(s)*
307 Clinton Avenue
P.O. Box 4235
Kingston, New York 12402

Defendant
Address

IT IS SO ORDERED.

_____
Norman A. Mordue
Chief Judge

Dated: September 17, 2007